UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:11-cr-184-WTL-MJD |
| JOSEPH JAY JOHNSON, | ) ) ) | |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Debra McVicker Lynchs' Report and Recommendation that Joseph Jay Johnson's supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1 (a)( 1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as follows:

1. The Defendant shall have his supervised release REVOKED.

2. Defendant is sentenced to a period of incarceration of fifteen (15) months with no supervised release to follow. The Court recommends a facility closest to Indianapolis, Indiana at the lowest security level for which Defendant is qualified.

SO ORDERED this 1st day of February, 2017

*[signature]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Distribution to all registered counsel by electronic notification via CM/ECF